**Opinion issued June 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00965-CV

———————————

**ALAN BATTLE, Appellant**

**V.**

**NATIONSTAR MORTGAGE LLC, Appellee**

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Case No. 92352-CV

## MEMORANDUM OPINION

Appellant, Alan Battle, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX.

GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in

Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District

Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.